B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re Holmes Testing, Inc. _____,          Case No. 15-27112 _____
              Debtor

Chapter 11 _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

       Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| See Attached | | | | |

Date: 8/7/15 _____

*[signature]*
Debtor

*[Declaration as in Form 2]*

**ATTACHMENT TO LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

| Name of Creditor, etc. | Name of Person, etc. | Nature of Claim, etc. | Contingent, etc. | Amount, etc. |
|---|---|---|---|---|
| 1. Centrust Bank<br>385 Waukegan Road<br>Northbrook, IL 60062 | Jim McMahon<br>Centrust Bank<br>385 Waukegan Road<br>Northbrook, IL 60062<br>jmcmahon@centrustbank.com | Loan | | $1.1 million<br>Partially secured<br>by all assets (2nd position on accounts) |
| 2. U.S. Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Bryan Bellcheck<br>Internal Revenue Service<br>2001 Butterfield Rd<br>Downers Grove, IL 60515<br>630-493-6634 (fax) | Taxes | | $800,000 |
| 3. Allegiant Business Credit<br>600 University St.,Ste. 2328<br>Seattle, WA  98101 | Reed Corry<br>Allegiant Business Credit<br>600 University St.,Ste. 2328<br>Seattle, WA  98101<br>reed@allegiant1.com | Loan/Factoring<br>Agreement | | $125,000<br>Partially secured<br>by accounts<br>(arguably<br>purchased<br>accounts) |
| 4. Illinois Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 64338<br>Chicago, IL 60664 | Illinois Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 64338<br>Chicago, IL 60664<br>312-814-3058<br>312-814-4045 (fax) | Taxes | | $90,000 |
| 5. Midwest Operating Engrs (Local 150)<br>6200 Joliet Rd<br>Countryside, IL 60525 | Elizabeth LaRose<br>Midwest Operating Engrs (Local 150)<br>6200 Joliet Rd<br>Countryside, IL 60525<br>708-579-6663<br>elarose@local150.org | Union dues, fringe<br>benefits | | $65,000 |

| 6. Evelyn Howell<br>2229 N. Orchard, Unit B<br>Chicago, IL 60614 | Evelyn Howell<br>2229 N. Orchard, Unit B<br>Chicago, IL 60614<br>benjaminyabut@gmail.com | Loans | | $65,000 |
|---|---|---|---|---|
| 7. Nelson Leasing<br>20302 Washington Ave<br>Union Grove, WI 53182 | Scott Nelson<br>Nelson Leasing<br>20302 Washington Ave<br>Union Grove, WI 53182<br>847-418-1456<br>scottnelson@me.com | Rent | | $54,000 |
| 8. Illinois Tollway<br>2700 Ogden Ave<br>Downers Grove, IL 60680 | Accounts Receivable<br>Illinois Tollway<br>2700 Ogden Ave<br>Downers Grove, IL 60680<br>800-824-7277<br>312-633-3585 (fax) | Trade Debt | | $37,033 |
| 9. Peter Triantofillos<br>20 South Main Street, Unit 606<br>Mt. Prospect, IL 60056 | Peter Triantofillos<br>20 South Main Street, Unit 606<br>Mt. Prospect, IL 60056<br>peter.triantofillos@setconsultants.com | Loans | | $30,000 |
| 10. First Environmental Labs<br>1600 Shore Rd., Ste D<br>Naperville, IL 60563 | First Environmental Labs<br>1600 Shore Rd., Ste D<br>Naperville, IL 60563<br>630-778-1200<br>630-778-1233 (fax) | Trade Debt | | $25,030.50 |
| 11. Larry J. Wolfe, Ltd.<br>9933 Lawler Ave, Ste 105<br>Skokie, IL 60077 | Larry Wolfe<br>Larry J. Wolfe, Ltd.<br>9933 Lawler Ave, Ste 105<br>Skokie, IL 60077<br>847-675-7900<br>847-675-7902 (fax)<br>larry@larryjwolfe.com | Trade Debt | | $18,981 |

| | | | | |
|---|---|---|---|---|
| 12. Raul Dilig<br>832 Dell Rd.<br>Northbrook, IL 60062 | Raul Dilig<br>832 Dell Rd.<br>Northbrook, IL 60062<br>847-361-1640<br>Raul.dilig@setconsultants.com | Loans | | $17,000 |
| 13. Restructuring Advisory Partners<br>810 Woodbine Ave<br>Oak Park, IL 60302 | Neil Goulden<br>Restructuring Advisory Partners<br>810 Woodbine Ave<br>Oak Park, IL 60302<br>ngoulden@structuringadvisory.com | Settlement on Trade Debt | | $16,000 |
| 14. Elm Tree Systems<br>3400 N. Lincoln Blvd<br>Oklahoma City, OK | Cheryl Wilkerson<br>Elm Tree Systems<br>3400 N. Lincoln Blvd<br>Oklahoma City, OK<br>866-350-8661 (fax)<br>cwilkerson@elmtreesystems.com | Trade Debt | | $15,375 |
| 14. External IT<br>P.O. Box 737<br>Keller, TX 76244 | Brooke Cabianca<br>External IT<br>P.O. Box 737<br>Keller ,TX 76244<br>972-499-1201<br>bcabianca@externalit.com | Trade Debt | | $12,135 |
| 16. Lockman Krane<br>205 E. Butterfield Rd. Ste 500<br>Elmhurst, IL 60126 | Jayson Kiel<br>Lockman Krane<br>205 E. Butterfield Rd. Ste 500<br>Elmhurst, IL 60126<br>630-758-1747<br>630-758-1748 (fax)<br>Jayson.kiel@lockmannkrane.com | Trade Debt | | $11,625 |
| 17 AFCO<br>5600 N. River Rd, Ste 400<br>Rosemont, IL 60018 | Erica Ryan<br>AFCO<br>5600 N. River Rd, Ste 400<br>Rosemont, IL 60018<br>800-288-6901<br>913-491-3912 (fax) | Trade Debt | | $11,594 |

| | | | | |
|---|---|---|---|---|
| 18. Partner Engineering & Science<br>2154 Torrance Blvd, Ste 200<br>Torrance, CA 90501 | Bob Geiger<br>Partner Engineering & Science<br>2154 Torrance Blvd, Ste 200<br>Torrance, CA 90501<br>773-453-4292 (fax)<br>bgeiger@partneresi.com | Trade Debt | | $11,000 |
| 19. Container Quinn<br>170 Shepard Ave<br>Wheeling, IL 60090 | Ryan Tague<br>Container Quinn<br>170 Shepard Ave<br>Wheeling, IL 60090<br>ryan@containerquinn.com | Utility Debt/Trade Debt | | $10,017 |
| 20 Leigh Wojton<br>3268 RFD<br>Long Grove, IL 60047 | Leigh Wojton<br>3268 RFD<br>Long Grove, IL 60047<br>847-571-1972<br>Lwojton4@gmail.com | Loans | | $10,000 |
| 21. Bruce de'Medici<br>17W703 Butterfield Rd, Ste G<br>Oak Brook Terrace, IL 60181 | Bruce de'Medici<br>17W703 Butterfield Rd, Ste G<br>Oak Brook Terrace, IL 60181<br>312-731-6778<br>312-894-3210 (fax)<br>bdemedici@bdmlawgroup.com | Trade Debt | | $10,000 |
| 22. Wisconsin Dept of Revenue<br>P.O. Box 8901<br>Madison, WI 53708-8901 | Bankruptcy Dept.<br>Wisconsin Dept of Revenue<br>P.O. Box 8901<br>Madison, WI 53708-8901<br>608-266-2776<br>608-267-1037 (fax) | Taxes | | $9,762 |
| 23. Steve Radtke<br>Trustee, Windmill Env. Serv.<br>Chill, Chill & Radtke<br>79 West Monroe St, Ste 1305<br>Chicago, Illinois 60603 | Steve Radtke<br>Chill, Chill & Radtke<br>79 West Monroe St, Ste 1305<br>Chicago, Illinois 60603<br>(312) 346-1935<br>sradtke@chillchillradtke.com | Litigation Settlement | | $8,000 |

Official Form 2
6/90

# DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president ~~or other officer or an authorized agent~~ of the corporation] ~~[or a member or an authorized agent of the partnership]~~ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing ~~[list or schedule or amendment or other document (describe)]~~ and that it is true and correct to the best of my information and belief.            List of Creditors Holding 20 Largest
Unsecured Claims

Date   _8/17/15_____

Signature   _Jerome Dykstra_____

_JEROME DYKSTRA CEO_
(Print Name and Title)